EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Integración de Salas de Despacho | 2017 TSPR 181<br><br>198 DPR ____ |

Número del Caso: ES-2017-03

Fecha: 1 de noviembre de 2017

Materia: Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

INTEGRACIÓN DE SALAS
DE DESPACHO                          ES-2017-03


RESOLUCIÓN


En San Juan, Puerto Rico, a 1 de noviembre de 2017.

De conformidad con lo dispuesto en la Regla 4 del Reglamento de este Tribunal, se constituyen las siguientes Salas de Despacho para atender los recursos discrecionales que se presenten:

PRIMERA SALA DE DESPACHO:

   Hon. Maite D. Oronoz Rodríguez, Presidenta
   Hon. Mildred G. Pabón Charneco
   Hon. Roberto Feliberti Cintrón

SEGUNDA SALA DE DESPACHO:

   Hon. Anabelle Rodríguez Rodríguez, Presidenta
   Hon. Erick V. Kolthoff Caraballo
   Hon. Luis F. Estrella Martínez

TERCERA SALA DE DESPACHO:

   Hon. Rafael L. Martínez Torres, Presidente
   Hon. Edgardo Rivera García
   Hon. Ángel Colón Pérez

Cuando un miembro de la Sala no pueda intervenir en la decisión de algún asunto, se seguirá el procedimiento que establece la Regla 4 del Reglamento del Tribunal Supremo. El funcionamiento de estas Salas de Despacho continuará durante cada término de sesiones hasta que el Tribunal disponga otra cosa.

Esta Resolución entrará en vigor inmediatamente.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo